UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
CASE NO.: 6:15-CV-519-22TBS

UNITED STATES OF AMERICA, )
)
        Plaintiff, )
)
v. )
)
VIRGIL F. BILLINGS, )
)
        Defendant. )
)
_____ )

## PLAINTIFF'S RESPONSE TO DEFENDANT'S REQUEST FOR PRODUCTION

Plaintiff, UNITED STATES OF AMERICA, by and through its undersigned attorney responds to Defendant, VIRGIL F. BILLINGS, Request for Production and states:

1. See attached Exhibit "B".

2. Documents not being produced do not exist or could not be located.

3. See attached Exhibits "B".

4. See attached Exhibit "C".

5. Documents not being produced do not exist or could not be located.

Dated: August 3, 2015
      Miami, Florida

Respectfully submitted,

_____
Steven M. Davis, (Florida Bar No. 894249)
Email: sdavis@becker-poliakoff.com
121 Alhambra Plaza – 10th Floor
Coral Gables, FL 33134
Telephone: (305) 262-4433
Facsimile: (305) 442-2232
Attorneys for Plaintiff United States
of America

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by regular US Mail to Virgil F. Billings at the address of 2331 Elkam Boulevard, Deltona, FL 32738 on this __3__ day of August, 2015.

_____
Steven M. Davis

U. S. DEPARTMENT OF EDUCATION
SAN FRANCISCO, CALIFORNIA

CERTIFICATE OF INDEBTEDNESS #1 OF 1

Virgil F Billings
Aka: Virgil F Billings Jr

Account No.

I certify that U.S. Department of Education records show that the borrower named above is indebted to the United States in the amount stated below plus additional interest from 05/14/14.

On or about 09/22/81, 10/28/82, 08/22/83, 01/12/84, 07/12/85, 06/18/86 & 03/12/87, the borrower executed promissory note(s) to secure loan(s) of $2,500.00, $2,000.00, $2,000.00, $500.00, $2,500.00, $2,500.00 & $1,136.00 from First National Bank & Trust Co., Georgetown, KY. This loan was disbursed for $2,500.00 on 10/08/81, $2,000.00 on 11/01/82, $2,000.00 on 10/24/83, $500.00 on 02/28/84, $2,500.00 on 08/28/85, $2,500.00 on 07/28/86 & $1,136.00 on 04/28/87, at 9.00 percent interest per annum. The loan obligation was guaranteed by Kentucky Education Assistance Authority, and then reinsured by the Department of Education under loan guaranty programs authorized under Title IV-B of the Higher Education Act of 1965, as amended, 20 U.S.C. 1071 et seq. (34 C.F.R. Part 682). The holder demanded payment according to the terms of the note, and credited $0.06 to the outstanding principal owed on the loan. The borrower defaulted on the obligation on 05/31/95, and the holder filed a claim on the loan guarantee.

Due to this default, the guaranty agency paid a claim in the amount of $17,172.29 to the holder. The guarantor was then reimbursed for that claim payment by the Department under its reinsurance agreement. Pursuant to 34 C.F.R. § 682.410(b)(4), once the guarantor pays on a default claim, the entire amount paid becomes due to the guarantor as principal. The guarantor attempted to collect this debt from the borrower. The guarantor was unable to collect the full amount due, and on 08/27/01, assigned its right and title to the loan to the Department.

Since assignment of the loan, the Department has credited a total of $15,615.19 in payments from all sources, including Treasury Department offsets, if any, to the balance. After application of these payments, the borrower now owes the United States the following:

| | |
|---|---|
| Principal: | $17,172.29 |
| Interest: | $15,545.23 |
| Total debt as of 05/14/14: | $32,717.52 |

Interest accrues on the principal shown here at the rate of $4.23 per day.

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on: 10/8/14

_____
Loan Analyst
Litigation Support


EXHIBIT A

United States Department of Justice
Consolidated Debt Collection System
Single Liability Payment History

Report Date: 08/04/2015

For Report Parameters: 2015A04772 ,001 ,106638739

Report Level: FLM

**REVERSALS**

Sorry, There are no Payment Reversals.

Limited Official Use


EXHIBIT B



**BECKER &
POLIAKOFF**

Steven M. Davis, Esq.
Shareholder
Phone: (305) 260-1013   Fax: (305) 442-2232
sdavis@bplegal.com

121 Alhambra Plaza, 10th Floor
Coral Gables, Florida  33134

January 15, 2015

Virgil Billings
2331 Elkcam Boulevard
Deltona, FL 32738

Re:   Creditor:      Department of Education (United States of America)
      Borrower:      Virgil Billings
      Claim No.:     2015A04772

Dear Mr. Billings:

This office represents the United States Department of Justice for collection of a claim from the Department of Education.  The claim states that you owe the Department of Education: **$33,759.15,** including principal, late/administrative charge/penalties and interest as of **January 15, 2015**.

If you do not dispute this debt and wish to resolve this matter, forward your Cashier's Check or money order for the total amount due to the U.S. Department of Justice, Nationwide Central Intake Facility, P.O. Box 790363, St. Louis, MO 63179-0363.  Your Claim No.: **2015A04772**, should be written in the lower left corner of your payment.

Federal law gives you thirty (30) days after you receive this letter to dispute the validity of the debt or any portion thereof.  If you do not dispute the validity of the debt, or any portion thereof, within the thirty day period, this office will assume it is valid.  If you notify this office in writing within the thirty day period that the debt, or any portion thereof, is disputed, this office will, as required by law, obtain verification of the debt or a copy of a judgment against you and mail a copy of such verification or judgment to you.  If, within the same thirty day period, you request, in writing, the name and address of your original creditor, we will also provide that information to you, if the original creditor is different from the current creditor.

The law does not require this office to wait until the end of the thirty day period before taking action to collect this debt.  However, if you notify this office in writing within the thirty day period that the debt, or any portion thereof, is disputed, or request the name and address of the original creditor, the law requires us to suspend our efforts (through litigation or otherwise) to collect the debt, or any disputed portion thereof, until we obtain verification of the debt or a copy of a judgment, or the name and address of the original creditor, and mail a copy of such verification or judgment, or name and address of the original creditor, to you.  Any questions that you may have concerning this matter should be directed to our office.

Very truly yours,

Steven M. Davis
For the Firm

SMD/kr

**THIS IS AN ATTEMPT TO COLLECT A DEBT BY A DEBT COLLECTOR AND ANY
INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

EXHIBIT C

Florida   New Jersey   ...hington, DC   Prague